UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION
_____

**MARIAN COCKE,**

    **Plaintiff**

**v.**                                                     **CASE NO. 2-09-cv-00154 SWW**

**GREAT CENTRAL INSURANCE COMPANY,**
**a/k/a ARGONAUT GREAT CENTRAL**
**INSURANCE COMPANY,**

    **Defendant.**
_____

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**
_____

The parties to the instant action, by and through their counsel of record, hereby stipulate that all claims that were or could have been brought by them have been settled and compromised. Accordingly, the action may be dismissed with prejudice.

IT IS SO ORDERED.

Dated this 1st day of September, 2010.


                                                       /s/Susan Webber Wright

                                                       United States District Judge

/s/ Paul R. Lawler
Paul R. Lawler (TN# 11037)
GLANKLER BROWN, PLLC
Attorneys for Plaintiff
1700 One Commerce Square
Memphis, Tennessee  38103-2566
Telephone: (901) 525-1322
Email: plawler@glankler.com

/s/ Hope B. Calabro
Hope B. Calabro (TN #02707)
ALLEN, KOPET & ASSOCIATES, PLLC
Attorneys for Defendant
P. O. Box 3065
Memphis, Tennessee  38173
Telephone:  (901) 759-0161
Email: hcalabro@allen-kopet.com